# EXHIBIT 4

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| In re<br><br>KENNETH RAY DOWELL<br><br>on<br><br>Habeas Corpus. | B204310<br><br>(Los Angeles County<br>Super. Ct. No. A454394)<br>(Steven R. Van Sicklen, Judge)<br>ORDER |

BY THE COURT:

The petition for writ of habeas corpus, filed December 13, 2007, has been read and considered. Sufficient evidence supports the Board of Prison Terms denial of parole. (*In re Dannenberg* (2005) 34 Cal.4th 1061, 1080, 1082; *In re Rosenkrantz* (2002) 29 Cal.4th 616, 677; see *Biggs v. Terhune* (9th Cir. 2003) 334 F.3d 910, 917.) Accordingly, the petition is denied.