# EXHIBIT 6

# CALIFORNIA APPELLATE COURTS
## Case Information

**Supreme Court**

Change court

- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

Court data last updated: 12/09/2008 04:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Disposition

**DOWELL (KENNETH RAY) ON H.C.**
Case Number S160060

Only the following dispositions are displayed below: Orders Denying Petitions, Orders Granting Rehearing and Opinions. Go to the Docket Entries screen for information regarding orders granting review.

**Case Citation:** none

| Date | Description |
|---|---|
| 03/12/2008 | Petition for review denied |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California